**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Brian C. CONYERS, Defendant–
Appellant.**

**No. 10–15287
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 13, 2011.

Peter J. Sholl, Robert E. O'Neill, David Paul Rhodes, Colleen D. Murphy–Davis, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Mary A. Mills, Donna Lee Elm, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before EDMONDSON, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

Mary Mills, appointed counsel for Brian Conyers in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Conyers's convictions and sentences are **AFFIRMED.**